**SHULMAN BUNN LLP**
**STEPHANIE J. SHULMAN (SBN 108556)**
stephanie@shulmanbunn.com
**RICHARD A. BUNN (SBN 114675)**
richard@shulmanbunn.com
20341 SW Birch Street, Suite 320
Newport Beach, California 92660
T: 949.679.1800
F: 949.679.1802

Attorneys for Counterclaim-Defendant
EAST WEST BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HUJAZI; MONICA HUJAZI, as Trustee of the 1999 ZUERCHER TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant.<br><br>_____<br><br>AND ALL RELATED CROSS-CLAIMS AND COUNTERCLAIMS | Case No. CV10-00106 ODW(Ex)<br><br>ASSIGNED TO THE HONORABLE Judge Otis D. Wright, II and the assigned discovery Magistrate Judge Charles F. Eick<br><br>**JUDGMENT ON THE PLEADINGS**<br><br>Date:  August 2, 2010<br>Time: 1:30 pm<br>Courtroom: 11<br><br>Complaint filed: 01/02/2010<br>Cross-Complaint filed: 02/16/2010 |

///

///

1
JUDGMENT ON THE PLEADINGS

10-0212

The Court, having considered moving and opposing papers and the arguments of counsel, and good cause appearing, rules as follows: East West Bank's Motion for Judgment on the Pleadings is GRANTED.

The basis for the Court's ruling is that BofA's pleadings show that the obligation secured by BofA's deed of trust was satisfied by payment from East West and that BofA had a duty to reconvey its deed of trust on the subject property. BofA made a payoff demand and received a full payoff of the 2003 First Republic Bank loan secured by a deed of trust (described below) and upon receipt of the payoff, was obligated to reconvey its deed of trust on the Alexandria Property.  California Civil Code §§2941 and 2943.  East West is entitled to judgment on the pleadings in its favor on BofA's Second Cause of Action for Declaratory Relief and its Fourth Cause of Action for Judicial Foreclosure on the Alexandria Property.

Therefore the Court ORDERS, ADJUDGES AND DECREES THAT:

1. The Deed of Trust, Fixture Filing, Assignment of Rents, and Security Agreement dated February 12, 2003 and recorded on June 15, 2005 as Instrument Number 05 1400414 in the Official Records of Los Angeles County, California and encumbering the real property located at 1641-1645 Alexandria Avenue, Los Angeles, California 90027, be reconveyed by Bank of America, or its division First Republic Bank, forthwith, and

10-0212

2. That the Declaratory Relief Claim filed by Bank of America against East West Bank is hereby dismissed with prejudice, and

3. Judgment shall be entered in favor of East West Bank and against Bank of America.

SO ORDERED.

Date: August 3, 2010

_____

The Hon. Otis D. Wright II