| | |
|---|---|
| 1 | Miles M. Cooley (SBN 206783) |
|   | REED SMITH LLP |
| 2 | 1901 Avenue of the Stars, Suite 700 |
|   | Los Angeles, CA  90067-6078 |
| 3 | Telephone:  +1 310 734 5200 |
|   | Facsimile:   +1 310 734 5299 |
| 4 | mcooley@reedsmith.com |
| 5 | Peter S. Muñoz (SBN 66942) |
|   | Lisa M. Carvalho (SBN 161420) |
| 6 | Rachel M. Golick (SBN 261138) |
|   | REED SMITH LLP |
| 7 | 101 Second Street, Suite 1800 |
|   | San Francisco, CA  94105-3659 |
| 8 | Telephone:  +1 415 543 8700 |
|   | Facsimile:   +1 415 391 8269 |
| 9 | rgolick@reedsmith.com |

Attorneys for Defendant and Counterclaimant
Bank of America, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HUJAZI; MONICA HUJAZI, as Trustee of the 1999 ZUERCHER TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | No.: CV10-00106 CAS (Ex)<br><br>**ORDER DISMISSING ALL CAUSES OF ACTION ASSERTED IN THE COMPLAINT AND THE COUNTERCLAIM WITHOUT PREJUDICE**<br><br>Honorable Christina A. Snyder |
| BANK OF AMERICA, N.A.,<br><br>    Counter-Claimant,<br><br>    vs.<br><br>MONICA HUJAZI, as Trustee of the 1999 ZUERCHER TRUST; MONICA HUJAZI, as an individual; EAST WEST BANK; and DOES 1 through 10, inclusive,<br><br>    Counterclaim Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Having considered the Stipulation Regarding Dismissal of all Causes of Action
2  Asserted in the Complaint and the Counterclaim Without Prejudice submitted on
3  June 25, 2012 by Defendant and Counterclaimant Bank of America, N.A. ("Bank of
4  America") and Plaintiff and Counterclaim Defendant Monica Hujazi, in her individual
5  capacity and in her capacity as Trustee of the 1999 Zuercher Trust ("Hujazi"), and
6  good cause having been found,

7  IT IS HEREBY ORDERED that all causes of action asserted by Hujazi in the
8  Complaint and all causes of action asserted by Bank of America in the Counterclaim
9  are dismissed without prejudice.

11  DATED: June 26, 2012           By: _____
12                                      The Honorable Christina A. Snyder
                                        UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On June 25, 2012, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER DISMISSING ALL CAUSES OF ACTION ASSERTED IN THE COMPLAINT AND THE COUNTERCLAIM WITHOUT PREJUDICE**

On June 25, 2012, I electronically filed the above-document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket as listed below:

**George P. Eshoo**
Law Offices of George P. Eshoo
702 Marshall Street, Suite 500
Redwood City, CA 94063

*Counsel for Plaintiff and Counterclaim Defendant Monica Hujazi*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 25, 2012, at San Francisco, California.

           /s/ Nancy Medina
           Nancy Medina